JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL STEWART TIERNEY,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM JEFFERSON POWELL, IV et al.,<br><br>          Defendants. | CASE NO. 5:26-cv-00095-SRM (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint without leave to amend, **IT IS ADJUDGED** that this action under 42 U.S.C. § 1983 is dismissed with prejudice.

DATED: April 8, 2026

_____
SERENA R. MURILLO
United States District Judge